UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:13-00097 |
| v. | ) | |
| | ) | |
| [1] KENNETH EDWARD STAFFORD | ) | |
| [2] KAYCEE ANNE BREEDEN | ) | |
| [3] RASHAD WOODSIDE<br>    a/k/a "GOMA" | ) | |
| [4] NICHOLAS ADAM YOUNG<br>    a/k/a "NICK" | ) | |
| [5] MICHAEL ANTHONY JORDON<br>    a/k/a "BILLY BOB" | ) | |
| [6] RONNIE DUSTIN E. MCCULLOCH<br>    a/k/a "DUSTIN | ) | |
| [7] DERECK SCOTT WEATHERSPOON | ) | |
| [8] WILLIAM CHAD NIXON<br>    a/k/a "CHAD" | ) | |
| [9] MICHAEL CHAD CORLEY<br>    a/k/a "CHAD" | ) | |
| [10] PHILLIP WAYNE ALLEN | ) | |
| [11] FLETCHER DENNING | ) | |
| [12] AMANDA NICOLE MEYERS | ) | |
| [13] TAMMY BRISTOW | ) | |
| [14] ANTHONY LEE COLLINS, JR.<br>    a/k/a "TJ" | ) | |
| [15] MARCY JO PICKLER | ) | |

| | |
|---|---|
| [16] KYLE OAKLEY | ) |
| | ) |
| [17] AMY NICHOLE MURPHY | ) |
| | ) |
| [18] CAITLIN MICHELLE GIBSON<br>    a/k/a "KATIE BUG" | ) ) |
| | ) |
| [19] JAMES LESTER MASSEY | ) |
| | ) |
| [20] THOMAS ROBERTS | ) |
| | ) |
| [21] ROBERT ANTHONY TAYLOR<br>    a/k/a "TONY" | ) ) |
| | ) |
| [22] SAMMIE LANETTE CRUTCHER | ) |
| | ) |
| [23] PETER LEWIS | ) |
| | ) |
| [24] RYAN MOORE<br>    a/k/a "RHINO" | ) ) |

## ORDER

This matter comes before the Court on the United States' Motion to Seal Indictment. It is hereby ordered that:

The Motion is granted and the Indictment and arrest warrants for the defendants in this case are ordered sealed until after the arrest warrants are executed on June 3, 2013, except that copies of the Indictment and arrest warrants: (a) shall be provided by the Clerk's office to the United States Marshals Service (USMS) to permit the USMS to perform its statutorily-authorized duties; and (b) may be provided by the United States to the defendants or the defendants' counsel after the defendants are arrested.

The Clerk is directed to file this Order and Motion to Seal Indictment under seal.

Dated: May 29, 2013.

                                                 _____
                                                 HONORABLE WILLIAM J. HAYNES, Jr.
                                                 CHIEF UNITED STATES DISTRICT COURT JUDGE
                                                 MIDDLE DISTRICT OF TENNESSEE