# UNITED STATES DISTRICT COURT
## for the
MIDDLE District of TENNESSEE

| | | | |
|---|---|---|---|
| United States of America | ) | | |
| v. | ) | Case No. | 3:13-00097-1 |
| | ) | | |
| KENNETH STAFFORD | ) | | |
| *Defendant* | ) | | |

## ORDER SCHEDULING A DETENTION HEARING

A detention hearing in this case is scheduled as follows:

| Place: | U.S. District Court<br>801 Broadway<br>Nashville, TN 37203 | Courtroom No.: | 661 |
|---|---|---|---|
| | | Date and Time: | 6/6/13 at 1:30 pm |

**IT IS ORDERED:** Pending the hearing, the defendant is to be detained in the custody of the United States marshal or any other authorized officer. The custodian must bring the defendant to the hearing at the time, date, and place set forth above.

Date:     Jun 3, 2013

_____
*Judge's signature*

E. CLIFTON KNOWLES, US Magistrate Judge
_____
*Printed name and title*