UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00097 |
| | ) | JUDGE SHARP |
| KENNETH STAFFORD [1] | ) | |

**O R D E R**

Due to Notice of Intention to Change Plea and Request to Set Plea Date (Docket No. 532), a change of plea hearing is hereby scheduled for Friday, July 25, 2014, at 10:30 a.m.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE