UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| | ) | |
| v. | ) | NO. 3:13-00097 |
| | ) | JUDGE SHARP |
| KENNETH STAFFORD [1] | ) | |

## O R D E R

Pending before the Court is Defendant's Motion to Continue Plea Date (Docket No. 574) to which the Government does not oppose.

The motion is GRANTED and the plea hearing scheduled for July 25, 2014, is hereby rescheduled for Friday, August 15, 2014, at 2:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE