UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00097 |
| | ) | JUDGE SHARP |
| KENNETH STAFFORD [1] | ) | |

**O R D E R**

Pursuant to Defendant's Notice of Intention to Change Plea and Request to Set a Plea Date (Docket No. 682), a hearing on a change of plea is hereby scheduled for Wednesday, October 22, 2014, at 1:30 p.m.

It is so ORDERED.

*Kevin H. Sharp*
_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE