**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| **v.** | ) | **CASE NO. 3:13-00097** |
| | ) | **JUDGE SHARP** |
| **KENNETH STAFFORD [1]** | ) | |
| **RASHAD WOODSIDE [3]** | ) | |
| **MICHAEL ANTHONY JORDON [5]** | ) | |
| **RONNIE DUSTIN E. McCULLOCH [6]** | ) | |
| **DERECK SCOTT WEATHERSPOON [7]** | ) | |
| **WILLIAM CHAD NIXON [8]** | ) | |
| **MICHAEL CHAD CORLEY [9]** | ) | |
| **PHILLIP WAYNE ALLEN [10]** | ) | |
| **FLETCHER DENNING [11]** | ) | |
| **AMANDA NICOLE MEYERS [12]** | ) | |
| **TAMMY BRISTOW [13]** | ) | |
| **ANTHONY LEE COLLINS [14]** | ) | |
| **MARCY JO PICKLER [15]** | ) | |
| **KYLE OAKLEY [16]** | ) | |
| **AMY NICHOLE MURPHY [17]** | ) | |
| **CAITLIN MICHELLE GIBSON [18]** | ) | |
| **JAMES LESTER MASSEY [19]** | ) | |
| **THOMAS ROBERTS [20]** | ) | |
| **ROBERT ANTHONY TAYLOR [21]** | ) | |
| **SAMMIE LANETTE CRUTCHER [22]** | ) | |
| **PETER LEWIS [23]** | ) | |
| **RYAN MOORE [24]** | ) | |

**O R D E R**

Due to resignation of the undersigned, this matter is hereby returned to the Clerk for random reassignment.

The revocation hearings for Defendants McCulloch and Lewis set for May 5, 2017 are hereby continued to be reset by the new judge.

It is so ORDERED.

Kevin H. Sharp

KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE